

No. 15–0403/AR.   Armand Andreozzi, Petitioner v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus was filed under Rule 27(a) on this date.

No. 15–0186/CG.   U.S. v. Michael E. Sullivan.   CCA 001–69–13.   On consideration of the petition for grant of review of the decision of the United States Coast Guard Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

   I.   WHETHER THE GOVERNMENT CARRIED ITS BURDEN OF PROVING THAT THE CONVENING AUTHORITY'S CATEGORICAL EXCLUSION OF ALL FLAG OFFICERS WAS HARMLESS.

  II.   WHETHER THE MILITARY JUDGE ABUSED HIS DISCRETION IN DENYING CHALLENGES FROM BOTH PARTIES TO HIS IMPARTIALITY BASED ON PRIOR PERSONAL RELATIONSHIPS WITH INDIVIDUAL MILITARY COUNSEL, THE ACCUSED, TRIAL COUNSEL, SEVERAL MEMBERS, SEVERAL WITNESSES, AND THE STAFF JUDGE ADVOCATE.

Briefs will be filed under Rule 25.

No. 15–0361/MC.   U.S. v. Matthew Hoffmann.   CCA 201400067.   Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to March 17, 2015.